UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANGELICA MARIA QUINTANA ZAPATA, et al.,

                    Petitioner(s),

        v.

JULIO HERNANDEZ, et al.,

                    Respondent(s).

CASE NO. C26-1214-KKE

PROVISIONAL TEMPORARY RESTRAINING ORDER

Petitioner Mirna Yesenia Alvarado Benitez is a citizen of El Salvador who has been detained since March 5, 2026, and she filed a petition for writ of habeas corpus challenging her detention. Dkt. No. 16.

On April 15, 2026, the Government notified Alvarado Benitez of its intent to remove her from the United States in April 2026. Dkt. No. 21 at 5. Alvarado Benitez then filed a motion for a temporary restraining order ("TRO") requesting that the Court enjoin the Government from removing her before her habeas petition is adjudicated. Dkt. No. 19.

The Court may grant a TRO to preserve the Court's jurisdiction and to maintain the status quo. *See A.A.R.P. v. Trump*, 605 U.S. 91, 97 (2025) (Federal courts have "the power to issue injunctive relief to prevent irreparable harm to the applicants and to preserve [] jurisdiction over the matter."). The Court finds that Alvarado Benitez has shown that imminent, irreparable harm that is likely to occur before the Government can be heard in opposition to this motion, and she

PROVISIONAL TEMPORARY RESTRAINING ORDER - 1

has presented at least serious questions on the merits of her habeas petition as well. *See Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008). Accordingly, the Court ORDERS as follows:

(1) Alvarado Benitez's motion for a TRO (Dkt. No. 19) is provisionally GRANTED IN PART pending the Government's response to the motion. The motion is granted solely for the purpose of maintaining the status quo so that the Court may review the merits of the motion after full briefing.

(2) The Government is PROHIBITED from removing Alvarado Benitez from the United States or this jurisdiction—i.e., the Western District of Washington—without further order of this Court.

(3) The Government shall comply with the requirements of Local Rule W.D. Wash. LCR 65 in responding to Alvarado Benitez's motion.

Dated this 17th day of April, 2026.

Kymberly K. Evanson
United States District Judge

PROVISIONAL TEMPORARY RESTRAINING ORDER - 2