UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELICA MARIA QUINTANA ZAPATA, et al.,<br><br>Petitioner(s),<br>v.<br><br>JULIO HERNANDEZ, et al.,<br><br>Respondent(s). | CASE NO. C26-1214-KKE<br><br>ORDER GRANTING MOTION TO EXPEDITE |

Petitioner Mirna Yesenia Alvarado Benitez has filed a motion to enforce the Court's prior order granting her habeas relief under 28 U.S.C. § 2241. Dkt. No. 50. The Court ordered that Petitioner be released and ordered that before she could be re-detained for alleged violations of her release conditions, she must receive notice and an opportunity to be heard on those violations. Dkt. No. 34 at 9. The Court also ordered that at a "future hearing for this purpose, the Government must demonstrate the justification for detention by clear and convincing evidence." *Id.*

Petitioner was released in accordance with the Court's order, but later re-detained, transferred to Richwood Correctional Center in Louisiana, and removed from the United States, and Petitioner "was informed that she was re-detained because the assigned ICE officer did not have the federal court order requiring her release." Dkt. No. 51 ¶ 6. So far as her counsel knows, Petitioner did not receive notice or a "hearing before a neutral decisionmaker before she was re-detained." *Id.* Petitioner's motion requests, among other things, that the federal Respondents disclose the legal basis for Petitioner's re-detention and the authority for her removal. Dkt. No.

50 at 14. Petitioner requests that the Court order an expedited briefing schedule on her motion to enforce, given the irreparable prejudice—removal from the United States without due process and in violation of this Court's order—that she has alleged. Dkt. No. 53.

The Court finds good cause to expedite the briefing on the motion to enforce and finds Petitioner's proposed schedule reasonable. Accordingly, the Court GRANTS Petitioner's motion to expedite (Dkt. No. 53) as follows:

(1) The Court ORDERS Federal Respondents to file a status report no later than November 9, 2026, addressing: (a) the date, place, and legal basis of Petitioner's re-detention after her release on May 7, 2026; (b) whether Petitioner received notice or a hearing before she was re-detained; (c) the date of and authority for Petitioner's transfer to Louisiana; (d) the legal authority under which Petitioner was removed from the United States; and (e) the Government officials who authorized Petitioner's re-detention, transfer, and removal, and whether they had notice of the Court's May 6, 2026 order granting the habeas petition, through Petitioner's counsel's efforts (*see* Dkt. No. 51 ¶¶ 7–8) or otherwise.

(2) Federal Respondents' opposition to the motion to enforce must be filed no later than November 12, 2026.

(3) Petitioner may file a reply brief no later than November 16, 2026.

(4) The Clerk is directed to RE-NOTE the motion to enforce (Dkt. No. 50) for November 16, 2026.

Dated this 3rd day of November, 2026.

Kymberly K. Evanson

Kymberly K. Evanson
United States District Judge