UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELICA MARIA QUINTANA ZAPATA, et al.,<br><br>Petitioner(s),<br><br>v.<br><br>JULIO HERNANDEZ, et al.,<br><br>Respondent(s). | CASE NO. C26-1214-KKE<br><br>ORDER TO SUPPLEMENT THE RECORD |

Petitioner Mirna Yesenia Alvarado Benitez filed a motion to enforce the Court's prior order granting her immigration habeas petition, contending that the Court's May 2026 order was violated when she was re-detained and removed from the United States in September 2026. Dkt. No. 50. The Government[1] argues in opposition that Petitioner was re-detained and removed pursuant to a final expedited-removal order and not in violation of this Court's order. Dkt. No. 59. This argument is not corroborated by any original documents related to Petitioner's re-detention or removal, however. Instead, the Government relies on the declaration of a deportation officer who reviewed "available systems and records[.]" Dkt. No. 60 ¶ 4.

The Court cannot resolve the merits of Petitioner's motion without more information regarding the events in September 2026 that led to Petitioner's re-detention and removal. The

[1] This order refers to federal Respondents collectively as "the Government."

Government is ORDERED to supplement the record with the documentation of Petitioner's re-detention and removal, including the custody determination referenced in the Government's status report and any Form I-213 or other contemporaneous documentation of Petitioner's re-detention and removal. Relevant documents must be filed on the docket no later than November 23, 2026. The clerk is directed to RE-NOTE the motion to enforce (Dkt. No. 50) for November 23, 2026.

Dated this 18th day of November, 2026.

Kymberly K. Evanson
United States District Judge